IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA G. SEYMOUR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:13-CV-00286-NJR |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

On March 31, 2013, Plaintiff Sandra G. Seymour filed this case seeking review of Defendant Commissioner of Social Security's final decision to deny her applications for a Period of Disability, Supplemental Security Income, and Disability Insurance Benefits. The case comes before the Court on a Report and Recommendation entered on May 15, 2014, by Magistrate Judge Clifford J. Proud (Doc. 22). In the Report and Recommendation, Magistrate Judge Proud recommends that the final decision of the Commissioner of Social Security denying Seymour's application for disability benefits be affirmed and that judgment be entered in favor of Defendant.

The parties were informed that their deadline for objecting to Magistrate Judge Proud's Report and Recommendation was June 2, 2014—a date that has come and gone. Because no party has filed an objection, the undersigned need not undertake *de novo*

review. 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made.*") (emphasis added). *See also Thomas v. Arn*, 474 U.S. 140 (1985); *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 741 (7th Cir. 1999); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

The undersigned accordingly **ADOPTS** the Report & Recommendation (Doc. 22) in its entirety and rules as follows: the final decision of the Commissioner of Social Security denying Seymour's application for disability benefits is **AFFIRMED**. The Clerk is directed to enter judgment in favor of Defendant and close this case.

IT IS SO ORDERED.

DATED:   **June 9, 2014**

*s/ Nancy J. Rosenstengel*
**NANCY J. ROSENSTENGEL**
**United States District Judge**